IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv23

| | |
|---|---|
| LARRY RHODES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MEDTRONIC SOFAMOR DANEK ) | |
| USA, INC., et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Consent Motion to Stay Initial Attorney's Conference [# 5]. The parties jointly move to stay the Initial Attorney's Conference for sixty days to facilitate their settlement discussions. For good cause shown, the Court **GRANTS** the motion [# 5]. The parties shall have until July 3, 2012, to conduct the Initial Attorney's Conference.

Signed: May 9, 2012

Dennis L. Howell
United States Magistrate Judge