IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 23

| | | |
|---|---|---|
| LARRY RHODES, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| MEDTRONIC SOFAMOR DANEK USA, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on Rebecca Blount's Application for Admission to Practice *Pro Hac Vice* of Monica C. Vaughan. It appearing that Monica C. Vaughan is a member in good standing with the Texas State Bar and will be appearing with Rebecca Blount, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Rebecca Blount's Application for Admission to Practice *Pro Hac Vice* (#6) of Monica C. Vaghan is **GRANTED**, and that Monica C. Vaughan is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Rebecca Blount.

Signed: May 9, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge