# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:12cv23

| | | |
|---|---|---|
| LARRY RHODES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MEDTRONIC SOFAMOR DANEK | ) | |
| USA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pending before the Court is the Consent Motion to Stay Initial Attorney's Conference [# 11].  The parties move for a second stay of the deadline for conducting the Initial Attorneys Conference while they resolve this matter without the Court's intervention.  For good cause shown, the Court **GRANTS** the motion [# 11].  The parties shall have until August 31, 2012, to conduct the Initial Attorney's Conference and shall have until September 7, 2012, to file their report with the Court.

Signed: July 9, 2012

Dennis L. Howell
United States Magistrate Judge