IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12cv23

| | |
|---|---|
| LARRY RHODES,       )<br>                     )<br>    Plaintiff,   )<br>                     )<br>v.                   )<br>                     )<br>MEDTRONIC SOFAMOR DANEK )<br>USA, INC., et al.,  )<br>                     )<br>    Defendants.  )<br>_____ ) | **ORDER** |

Pending before the Court is the Consent Motion to Stay Initial Attorney's Conference [# 11]. The parties move for a second stay of the deadline for conducting the Initial Attorneys Conference while they resolve this matter without the Court's intervention. For good cause shown, the Court **GRANTS** the motion [# 11]. The parties shall have until August 31, 2012, to conduct the Initial Attorney's Conference and shall have until September 7, 2012, to file their report with the Court.

Signed: July 9, 2012

Dennis L. Howell
United States Magistrate Judge