IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 23

| | | |
|---|---|---|
| LARRY RHODES, | ) | |
| Plaintiff | ) ) ) | |
| V | ) ) | ORDER |
| MEDTRONIC SOFAMOR DANEK USA, INC., et al., | ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on Alex J. Hagan's Application for Admission to Practice *Pro Hac Vice* of Murray S. Lavin. It appearing that Murray S. Levin is a member in good standing with the Pennsylvania State Bar and will be appearing with Alex J. Hagan, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Alex J. Hagan's Application for Admission to Practice *Pro Hac Vice* (#12) of Murray S. Levin is **GRANTED**, and that Murray S. Levin is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Alex J. Hagan.

Signed: July 10, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge